UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

JACOB BERGERON,

                Petitioner,

v.

UNKNOWN AGENTS OF THE STATE
OF GEORGIA,

                Respondent.

-----------------------------------------------------------------

**ORDER**
19-CV-4759 (AMD)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 1 2019 ★

BROOKLYN OFFICE

**ANN M. DONNELLY**, United States District Judge:

On August 12, 2019, the *pro se* petitioner, Jacob Bergeron, a resident of Georgia, filed this action asking the Court to investigate Georgia federal and state officials. However, Mr. Bergeron failed to sign the petition or pay the filing fee to commence this action. On August 19, 2019, the Clerk's Office informed the petitioner by letter that in order to proceed, he must sign the petition and either pay the filing fee or return a completed application for *in forma pauperis* status. The petitioner has not responded to the letter and the time for doing so has passed.

Accordingly, this action is dismissed.[1] The Clerk of Court is respectfully requested to close this case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45.

---

[1] Even if the petitioner had complied with the filing requirements, this action would be dismissed as frivolous because it does not set forth a plausible claim for relief and has no connection to this district, much like the petitioner's other actions filed here. *See Bergeron v. Will et al.*, 19-CV-3249 (AMD)(LB) (dismissed June 20, 2019); *Bergeron v. Unknown Agents of Cobb County*, 19-CV-3250 (AMD)(LB) (dismissed June 20, 2019).

**SO ORDERED.**

                                                s/Ann M. Donnelly
                                              _____
                                              Ann M. Donnelly
                                              United States District Judge

Dated: October 1, 2019
         Brooklyn, New York